UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                     Case No. 07-31222-DHW
                                          Chapter 13
SCOTT W HAUPT
Soc. Sec. No. XXX-XX-8915
TONYA S HAUPT
Soc. Sec. No. XXX-XX-5352

        Debtor.

PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 20 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY U.S. MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, P.O. BOX 1248, MONTGOMERY AL 36102.

### TRUSTEE'S MOTION TO MODIFY DEBTOR'S CONFIRMED PLAN

    Comes now Curtis C. Reding, Chapter 13 Standing Trustee for this district, and moves the Court to modify the above entitled debtor's plan pursuant to 11 U.S.C., §1329 (and LBR 3015-1), in that the debtor's plan is not feasible. Wherefore the Trustee moves this Honorable Court to increase the debtor's payments to the Trustee from 602.00 BWKLY           to 618.00 BWKLY


Dated: February 22, 2008

Office of the Chapter 13 Trustee
P. O. Box 173                              /S/ Curtis C. Reding
Montgomery, AL  36101-0173                 Curtis C. Reding, Trustee
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com


### CERTIFICATE OF SERVICE
    I hereby certify that I have served a copy of the foregoing Motion to Modify on the debtor(s) and the debtor's attorney, by placing them in the United States Mail, postage prepaid, and properly addressed, or by electronic mail.

    Done, this the 22nd day of February, 2008.


                                           /S/ Curtis C. Reding
                                           Curtis C. Reding, Trustee



cc: VONDA S MCLEOD
    SHINBAUM ABELL MCLEOD & VANN
    P O BOX 201
    MONTGOMERY AL  36101