IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

IN RE THE MATTER OF: )
)   CHAPTER 13
SCOTT & TONYA HAUPT )
)   CASE NO. 07-31222
Debtor(s) )

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.

## OBJECTION TO CLAIM NO. 1 OF CHASE BANK USA

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to claim number 1 of **CHASE BANK USA** and as grounds for said Objection will state as follows:

1. The Creditor filed an secured proof of claim in the amount of $9,701.75.

2. The proof of claim as filed was filed improperly in that the creditor failed to attach the necessary documents proving a security interest as is required by Rule 3001(d) of federal rules of bankruptcy procedure.

3. The creditor has not proven that they have a perfected security interest and therefore claim number 1 should be reclassified as an unsecured creditor.

WHEREFORE, the premises considered, the Debtor objects to claim No. 1 of **CHASE BANK USA** being paid as a secured claim and ask this Court to reclassify the claim as unsecured.

Respectfully submitted on this day: March 6, 2008.

/s/ Vonda S. McLeod
VONDA S. MCLEOD
Attorney for the Debtor

Of Counsel:

SHINBAUM, MCLEOD, & CAMPBELL
P.O. Box 201
Montgomery, AL 36101
(334) 269-4440
(fax) 263-4096

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: March 6, 2008.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, AL 36101
(Electronic Mail)

Chase Bank USA
P O Box 100018
Kennesaw, GA 30156

/s/ Vonda S. McLeod
Vonda S. McLeod